D.

On Dec 16, 2024 around or about 4:30 am in between 6:00 am. I Max Armstrong-T3773 was walking to my Rack in TVC Madison CWC when a Inmate unknown to me struck me with a closed fist from behind and busted my forehead. I was fighting in <u>Self Defense</u> and the Inmate knocked me to the ground and started hitting me repeatedly.

<u>Failure to Protect</u> → No staff came to break up the attack. Video footage shows all what happen but the staff in the tower still didn't assist me to save my life. Blood was everywhere other Inmates had to stop the fight. I was put in shackles and restraints and was told by Capt Green, I would be transported to the ER when Major ~~[scribbled]~~

Cruel and unusual punishment → Matthews get there, but I was passing out and requested ~~[scribbled]~~ (MA) that he call Ambulance. While I was waiting on the Ambulance, other Inmates was walking around me while I was in shackles/cuffs Restraints. The staff left me unprotected. Once I got back to the TVC-CWC from the ER- in Madison. Major Mak didn't even ask me wat happen, but she was talking to the other Inmate who Assulted me and listen to his side of the story. I sat in shackles waiting to be transported to Hinds Co Jail

D- page 5 of 11

From 9:00 am to 7:00 pm. While Inmates was walking around me and Coming in from work and No Staff was Present (Breach of security) (failure to Protect) when I was Sitting outside on the table In cuffs/shackles, 2 MDOC Agents served me Papers saying I was being Kicked out of TVC For fighting in Self Defense. But I saw officer Langston escort The other Inmate to The Pike co TVC van. Discrimation The other Inmate Hit me 1st and Bust my Head and I had to get 7 Stiches. Major Matthews sent me to Prison and sent The other Inmate to Another TVC. and Video Shows what happen. I had to go back in front of the Parole Board and They Revoked me for trying to Protect myself But I was Punished and Sent to Prison with a wound to my forehead and my Parole was Revoke I was fighting in self Defense Thats Crueul and unusal ~~unusual ma~~ unuasal The other Inmate Didn't get Pun

D. Attached

— Cruel and unusal Punishment —

— Failure to Protect —

Because Video footage in tower shows what was happening and No officer came to Help me The Inmates had to Break the fight up and Pull my Assultin off me.

---

— Breach of Security —

When I was Put in Shakles and Cuff/Restraints, I was In the Hall way and Dining Hall and several Inmates was walking around me and No Staff was on Hand. Also outside on the Table.

---

— Discrimation — I was Punished For fighting In Self Defense and Sent To Prison and Revoked while The other Inmate was Sent to Another TVC + CWC. And The Inmate Hit me 1st.

EX

Witnesses: CAPT Green / TVC CWC
C/O Langston TVCCWC
Inmate - DAVID Jackson
Inmate - JAmes Calise
Inmate - Randy Gunter
Inmate - Chistopher Ruffin

---

EX CID Dept. Cheif
Ms. Stewart
Ms. Lynch


I did a ARP on Dec, 20 2024
A I Still haven't gotten A Response.
Heres A Copy of my ARP

MISSISSIPPI DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE REMEDY PROGRAM

CASE NUMBER

FROM: M[...]Armstrong    T3773    R/C section 3
Inmate Name    MDOC #    Unit

DATE: Dec 2[...] 2024    In Madison TN-CMCF - B-Zone

This is a Request for Administrative Remedy

On Monday Dec 16, 2024 around 4:30 AM and 5:30 am in between I Max Armstrong T3773 was Assulted by another Inmate. He struck me in the Head while I was walking to my Rack. He hit me 1st. I was fighting in Self-Defense. My Head Busted I was fighting for My Life, no Officer came to help or Break the fight up. My head was bleeding a lot-so much Blood I was about to pass out. The Capt UNKNOWN tried to make me wait until Major Mathews come to work untill they transport me to the (ER) Hospital. Other Inmates (gangers) [Diciples] was walking around me while I was in cuffs and Shakles (Restraint) Breach security my life was in danger. @ The Inmate who bust my Head was a ganster! and his last Name was williams. Ms, Major Mattews sent the gangster to Pike Co. TVC and she sent me to Hinds Co Jail, Then Back to Prison. I was fighting In Self Defense. Video Footage don't lie! - Remedy Releif - I Need Major Mattews And Her Staff Investigated Along with This matter. I have Seven Stiches In my head, and I was assulted 1st and I'm being Kicked out of TVC. The other guy SM

weapon ←

UNKNOWN